UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. CORNELIUS,

        Petitioner,        Case No. 1:13-cv-992

v.        Honorable Paul L. Maloney

JOHN PRELESNIK,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated: September 30, 2016        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge